## Commonwealth *v.* Gatto, Appellant.

Submitted March 17, 1975. *John Krisa,* Assistant Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.